UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

ALEJANDRO MARRERO, individually,

    Plaintiff,

v.

ALDOUS AND ASSOCIATES, PLLC,        **JURY DEMAND**
a foreign limited liability company,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1. Plaintiff ALEJANDRO MARRERO alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") against Defendant ALDOUS AND ASSOCIATES, PLLC.  Plaintiff alleges that Defendant unlawfully failed to disclose that it is a debt collector during communication with the Plaintiff.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), as this is a civil action arising under the laws of the United States.

3. This Court has personal jurisdiction over the Defendant because the telephone call forming the basis of this action were placed by the Defendant into this District, and because Defendant conduct business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4. Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5. Plaintiff ALEJANDRO MARRERO is a natural person and a citizen of the State of Florida, residing in Hillsborough County, Florida.

6. Defendant ALDOUS AND ASSOCIATES, PLLC ("Aldous and Associates") is a debt collector that operates from offices located at 4262 Imperial Way, Provo, UT 84604; Plaintiff further alleges that Aldous and Associates is a citizen of the State of Utah.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of consumer debts.

8. Defendant regularly collects or attempts to collect consumer debts for other persons.

9. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692(a)(6).

## FACTUAL ALLEGATIONS

10. Plaintiff previously obtained an extension of credit for a personal gym membership.

11. The aforementioned account later became delinquent, with a balance allegedly still owing.

12. Defendant Aldous and Associates was subsequently engaged to attempt to collect this debt.

13. Defendant Aldous and Associates subsequently discovered Plaintiff's cellular telephone number in an effort coerce the Plaintiff into paying the allege debt.

14. On or about April 9, 2013, Defendant Aldous and Associates telephoned the Plaintiff and left a voicemail, the content of which was as follows:

> Hello, this is Jeff Wall from Aldous and Associates, attorneys at law. This message is for Alejandro Marrero. Alejandro we have tried contacting you several times now, so it's now your responsibility to resolve this with our law firm today by calling us at 1-888-221-5155.

15. This message failed to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11) of the FDCPA.

### COUNT I
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff incorporates paragraphs 1 through 15 herein.

17. Defendant violated the FDCPA by failing to disclose that the caller was a debt collector as required by 15 U.S.C. § 1692e(11). See Foti v. NCO Financial Systems, Inc., 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

WHEREFORE, Plaintiff ALEJANDRO MARRERO requests that the Court enter judgment in favor of Plaintiff and against Defendant ALDOUS AND ASSOCIATES, PLLC. for:

   a. actual damages;

   b. statutory damages of $1,000.00;

   c. attorney's fees, litigation expenses, and costs of the instant suit, and;

   d. such other or further relief as the Court deems just and proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Dated this 6th day of May, 2013.

> BRET L. LUSSKIN, Esq.
> *Trial Counsel for Plaintiff*
> 1001 N. Federal Hwy., Ste 106
> Hallandale Beach, Florida 33009
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By: /s/ Bret L. Lusskin, Esq.
>     Bret L. Lusskin, Esq.
>     Florida Bar No. 28069