AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Alejandro Marrero, individually, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 8:13-cv1233/33MAP |
| Aldous and Associates, PLLC, a foreign limited ) | |
| liability company, ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aldous and Associates, PLLC
c/o Registered Agent
Jeffrey N. Aldous
4262 Imperial Way
Provo, UT 84604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bret Lusskin, P.A.
1001 N. Federal Highway, Ste 106
Hallandale Beach, FL 33009
T 954.454.5841
F 954.454.5844

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 8 - 2013

_____
*Signature of Clerk or Deputy Clerk*