UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:13-cv-01233-VMC-MAP

ALEJANDRO MARRERO, individually,

    Plaintiff,

v.

ALDOUS AND ASSOCIATES, PLLC,
a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF RETURN OF SUMMONS EXECUTED

Plaintiff ALEJANDRO MARRERO hereby files notice of return of summons evidencing service of the Summons and Complaint in this cause on Defendant, ALDOUS AND ASSOCIATES, PLLC, on July 9th, 2013. A copy of the return of summons executed is attached hereto as **Exhibit A**.

Dated this 11th day of July, 2013.

                                    BRET L. LUSSKIN, Esq.
                                  *Attorney for Plaintiff*
                                  1001 N. Federal Hwy., Ste 106
                                  Hallandale Beach, Florida 33009
                                  Telephone: (954) 454-5841
                                  Facsimile: (954) 454-5844
                                  blusskin@lusskinlaw.com

                        By: /s/ Bret L. Lusskin, Esq.
                                Bret L. Lusskin, Esq.
                                Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 11th, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> BRET L. LUSSKIN, Esq.
> *Attorney for Plaintiff*
> 1001 N. Federal Hwy., Ste 106
> Hallandale Beach, Florida 33009
> Telephone: (954) 454-5841
> Facsimile: (954) 454-5844
> blusskin@lusskinlaw.com
>
> By: /s/ Bret L. Lusskin, Esq.
>      Bret L. Lusskin, Esq.
>      Florida Bar No. 28069