26909

# AFFIDAVIT OF SERVICE

| State of Florida | County of | Middle District Court |
|---|---|---|

Case Number: 8:13-CV-1233/33MAP

Plaintiff:
**ALEJANDRO MARRERO, INDIVIDUALLY**
vs.
Defendant:
**ALDOUS AND ASSOCIATES, PLLC, A FOREIGN LIMITED LIABILITY COMPANY**

For: Bret Lusskin
    BRET LUSSKIN, ESQ

Received by Caplan, Caplan and Caplan on the 10th day of May, 2013 at 12:38 pm to be served on ALDOUS AND ASSOCIATES, PLLC, C/O REGISTERED AGENT JEFFREY N. ALDOUS, 4262 IMPERIAL WAY, PROVO, UT 84604. I, Candee Callas, being duly sworn, depose and say that on the __9__ day of __July__, 2013 at __3:20__ p.m., executed service by delivering a true copy of the **Summons In A Civil Action (21) days and Complaint For Damages And Injunctive Relief** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, in compliance with State Statutes.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, in compliance with State Statutes.

(✓) **CORPORATE SERVICE:** By serving _Chantale Aldous_ as _spouse of reg agent_ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, in compliance with State Statutes.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** Service completed at 4261 Mile High Dr., Provo UT 84604

Age _50'S_ Sex M (F) Race _Caucasian_ Height _5'5_ Weight _140_ Hair _Blond_ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _10_ day of _July_, 2013 by the affiant who is personally known to me.

NOTARY PUBLIC

WENDY S NEFF
NOTARY PUBLIC • STATE of UTAH
8039 WICKFORD WY
WEST JORDAN,
COMMISSION NO. 603907
COMM. EXP. 12/14/2014

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Caplan, Caplan and Caplan
172 West Flagler St., #320
Miami, FL 33130
(954) 462-1800

Our Job Serial Number: 2013017663

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n