UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:13-cv-01233-VMC-MAP

ALEJANDRO MARRERO, individually,

    Plaintiff,

v.

ALDOUS AND ASSOCIATES, PLLC,
a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff ALEJANDRO MARRERO and Defendant ALDOUS AND ASSOCIATES, PLLC hereby give notice of settlement and agree that Plaintiff's action should be dismissed with prejudice with each party to bear its own costs and attorneys fees, except as otherwise agreed.

WHEREFORE, the Plaintiff and Defendant respectfully request that this case be dismissed with prejudice, with the Court reserving jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.

Respectfully submitted this 4th day of September, 2013.

                        BRET L. LUSSKIN, Esq.
                        *Attorney for Plaintiff*
                        1001 N. Federal Hwy., Ste 106
                        Hallandale Beach, Florida 33009
                        Telephone: (954) 454-5841
                        Facsimile: (954) 454-5844
                        blusskin@lusskinlaw.com

                  By:  /s/ Bret L. Lusskin, Esq.
                         Bret L. Lusskin, Esq.
                         Florida Bar No. 28069

2

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 4th day of September, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

         BRET L. LUSSKIN, Esq.
         *Attorney for Plaintiff*
         1001 N. Federal Hwy., Ste 106
         Hallandale Beach, Florida 33009
         Telephone: (954) 454-5841
         Facsimile: (954) 454-5844
         blusskin@lusskinlaw.com

     By: /s/ Bret L. Lusskin, Esq.
        Bret L. Lusskin, Esq.
        Florida Bar No. 28069